UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC.,<br>RYAN NOAH SHAPIRO, and<br>c/o Law Office of Jeffrey L. Light<br>1712 Eye St., NW, Suite 915<br>Washington, DC 20006,<br><br>      PLAINTIFFS<br>  vs.<br><br>BROADCASTING BOARD OF<br>GOVERNORS,<br>330 Independence Ave., SW<br>Washington, DC 20237<br><br>      DEFENDANT | Judge _____<br>Civil Action No. _____ |

## **COMPLAINT**

## THE PARTIES

1.  Plaintiff Ryan Noah Shapiro is a Ph.D. candidate in the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Ryan Noah Shapiro is an historian of national security, the policing of dissent, and governmental transparency.

2.  Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy. Property of the People's Operation 45 is dedicated to ensuring transparency and accountability for the Administration of Donald J. Trump, the 45th President of the United States. Plaintiff Ryan Noah Shapiro is a founder of Property of the People.

3. Defendant Broadcasting Board of Governors (BBG) is an agency of the United States.

4. BBG has possession, custody and control of the records Plaintiffs seeks.

JURISDICTION AND VENUE

5. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

6. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

7. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

STATEMENT OF FACTS

8. On June 19, 2017, Plaintiffs submitted to BBG a FOIA request for specified broadcasts of Farsi News and related emails and correspondence, contracts, and other records.

9. In a June 30, 2017 letter, BBG acknowledged receipt of the FOIA request on June 20, 2017 and assigned it tracking number 17-057. The letter indicated that BBG was invoking the 10 business day extension due to unusual circumstances. The letter further indicated that Plaintiffs would not be considered members of the news media and would instead be placed into the "all other requester" category for fee purposes. The letter further denied Plaintiffs' request for a waiver of fees.

10. On July 10, 2017, Plaintiffs administratively appealed the denial of their request to be considered members of the news media and their request for a waiver of fees.

11. In a letter dated August 22, 2017, BBG's Access Appeal Committee affirmed the agency's decision denying Plaintiffs' request for news media fee status and a waiver of fees.

12. As to the underlying request for records, more than 30 business days have elapsed since Plaintiffs submitted the FOIA request to BBG, but as of the filing of this Complaint, Plaintiffs have not received a response from BBG with a final determination as to whether BBG will release the requested records.

## COUNT I:
## VIOLATION OF FOIA

13. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

14. BBG has improperly denied Plaintiffs' favored fee status as members of the media.

15. BBG has improperly denied Plaintiffs' request for a waiver of fees.

16. BBG has improperly withheld responsive records.

17. Plaintiffs are deemed to have exhausted their administrative remedies because BBG has not made a final determination as to whether BBG will release the requested records within the time period provided by law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order Defendant to immediately process Plaintiffs' FOIA request;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

  /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*